UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FIRST ADMINISTRATORS, INC.,<br><br>   Plaintiff,<br><br>            v.<br><br>JAMES LOVELL<br><br>   Defendant. | Case No. 05-cv-4042-JPG |

## JUDGMENT

This matter having come before the Court, and the parties having stipulated to dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

                                            **NORBERT JAWORSKI**

Dated:  June 21, 2005                  by:s/ Deborah Agans, Deputy Clerk


**Approved:**     s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**